**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVSION**

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                Case: 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570
_____

This Document Relates to:

DAVID LEWIS,                                  Civil Action No. 1:18-cv-02999-RLY-TAB

                 Plaintiff,
v.

COOK MEDICAL, INC. IVC FILTERS,

                 Defendants.
_____

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

COMES NOW, the undersigned counsel on behalf of Plaintiff, David Lewis, and hereby

respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants,

Cook Incorporated, Cook Medical LL and William Cook Europe in Civil Action No: 1:18-cv-

02999-RLY-TAB.


Date: September 06, 2024                  Respectfully Submitted,

                                          **THE MOODY LAW FIRM**
                                          By: */s/ Willard J. Moody, Jr.*
                                          Willard J. Moody, Jr.
                                          500 Crawford Street, Suite 200
                                          Portsmouth, VA 23704
                                          (757) 393-6020
                                          will@moodyrrlaw.com
                                          *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on September 06, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

<u>/s/ Willard J. Moody, Jr.</u>
Willard J. Moody, Jr.
