ACKNOWLEDGED. Case is dismissed without prejudice.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 10/07/2024

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVSION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

DAVID LEWIS,                                             Civil Action No. 1:18-cv-02999-RLY-TAB

       Plaintiff,

v.

COOK MEDICAL, INC. IVC FILTERS,

       Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, David Lewis, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants, Cook Incorporated, Cook Medical LL and William Cook Europe in Civil Action No: 1:18-cv-02999-RLY-TAB.

Date: September 06, 2024        Respectfully Submitted**,**

        **THE MOODY LAW FIRM**
        By: */s/ Willard J. Moody, Jr.*
        Willard J. Moody, Jr.
        500 Crawford Street, Suite 200
        Portsmouth, VA 23704
        (757) 393-6020
        will@moodyrrlaw.com
        *Attorney for Plaintiff*